III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL IT-SELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

Tuesday, January 10, 2017

No. 17–0138/AF. U.S. v. Jason K. Slape. CCA 38801. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to January 24, 2017.

No. 17–0171/CG. U.S. v. Koda M. Harpole. CCA 1420. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 27, 2017.

Wednesday, January 11, 2017

No. 17–0115/MC. U.S. v. Mark A. Tamburello. CCA 201600109. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED WHEN HE INSTRUCT-
ED THE MEMBERS, "IF BASED ON YOUR CONSIDERATION OF
THE EVIDENCE, YOU ARE FIRMLY CONVINCED THAT THE AC-
CUSED IS GUILTY OF THE CRIME CHARGED, YOU MUST FIND
HIM GUILTY."

No briefs will be filed under Rule 25.

Thursday, January 12, 2017

No. 17–0049/MC. U.S. v. Tanner J. Forrester. CCA 201500295. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER PUNISHING THE SAME TRANSACTION OF OBTAINING
CHILD PORNOGRAPHY WITH FOUR CONVICTIONS UNREASON-
ABLY EXAGGERATES APPELLANT'S CRIMINALITY AND TRIPLES
HIS PUNITIVE EXPOSURE, CONSTITUTING AN UNREASONABLE
MULTIPLICATION OF CHARGES.

Briefs will be filed under Rule 25.

No. 17–0055/AR. U.S. v. Mitchell L. Brantley. CCA 20150199. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

WHETHER THE GOVERNMENT PROVED BEYOND A REASONABLE
DOUBT THAT APPELLANT KNEW OR REASONABLY SHOULD
HAVE KNOWN THAT SR WAS "OTHERWISE UNAWARE" OF SEXU-
AL CONTACT.